IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

APRIL SHABAZZ                                                    PLAINTIFF

v.                          No. 4:25-cv-100-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                                     DEFENDANT

ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, Doc. 12, and overrules Shabazz's objections, Doc. 13. Fed. R. Civ. P. 72(b)(3). Shabazz is right — parts of the ALJ's decision are conclusory. But substantial evidence supports affirming it. *Sloan v. Saul*, 933 F.3d 946, 949 (8th Cir. 2019). And the Court sees no error of law. *Ibid.* Shabazz's complaint will therefore be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

20 November 2025