IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

APRIL SHABAZZ                                                    PLAINTIFF

v.                          No. 4:25-cv-100-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                                     DEFENDANT

## JUDGMENT

Shabazz's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 November 2025